AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

ROBERT JOHNSON,

        Plaintiff,

v.

JULIETTE ROBINSON, *et al.*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: **3:20-cv-00624-MMD-CLB**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the Complaint (ECF No. 1-1) is dismissed with prejudice, as amendment would be futile. This case is now closed.**



CLERK OF COURT

Date: 6/28/2021

Signature of Clerk or Deputy Clerk